# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFAYETTE CADE, | CASE NO. 1:05-CV-00834-AWI-LJO-P |
| Plaintiff, | ORDER DENYING PLAINTIFF'S REQUEST FOR THE ISSUANCE OF A WRIT OF |
| v. | HABEAS CORPUS AD TESTIFICANDUM |
| SUZAN HUBBARD, et al., | (Doc. 10) |
| Defendants. | |

Plaintiff Lafayette Cade ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 28, 2005, plaintiff filed a request for the issuance of a writ of habeas corpus ad testificandum commanding the production of plaintiff at a hearing on his motion for preliminary injunctive relief.

No hearing or other proceeding requiring the attendance of plaintiff has been set in this matter. In the event that there is a proceeding in this action at which the parties are to appear in person, the court issues a writ commanding the production of plaintiff. It is unnecessary for plaintiff to file a motion.

Accordingly, plaintiff's request for the issuance of a writ of habeas corpus ad testificandum, filed July 28, 2005, is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   January 17, 2006**          /s/ Lawrence J. O'Neill
b9ed48                                   UNITED STATES MAGISTRATE JUDGE