# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFAYETTE CADE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUZAN HUBBARD, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:05-CV-00834-AWI-LJO-P<br><br>ORDER DENYING MOTION SEEKING ISSUANCE OF SUMMONSES AND COMPLAINT COPIES<br><br>(Doc. 11) |

Plaintiff Lafayette Cade ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 9, 2005, plaintiff filed a motion seeking an order requiring the Clerk's Office to furnish summonses and the requisite number of complaint copies for service of process by the United States Marshal.

Because plaintiff is proceeding in forma pauperis, the Marshal will be directed by the court to serve process on the behalf of plaintiff. 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c). It is unnecessary for plaintiff to file a motion. However, as set forth in the First Informational Order, filed August 19, 2005, the court will direct the Marshal to serve plaintiff's complaint only after the court has screened the complaint and determined that it contains cognizable claims for relief against the named defendants. (Doc. 14, ¶ 12.) As set forth in a separate order issued concurrently with this order, the court screened plaintiff's amended complaint and found that it does not contain any cognizable claims. Accordingly, the amended complaint will not be served by the Marshal. Once plaintiff files a second amended complaint, it will be screened in due course.

///

1  Based on the foregoing, plaintiff's motion for the furnishment of summonses and copies of
2  his amended complaint, filed August 9, 2005, is HEREBY DENIED.

4  IT IS SO ORDERED.

5  **Dated:    January 17, 2006**                    **/s/ Lawrence J. O'Neill**
   b9ed48                                                   UNITED STATES MAGISTRATE JUDGE