# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFAYETTE CADE,<br><br>            Plaintiff,<br><br>     v.<br><br>SUZAN HUBBARD, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:05-CV-00834-AWI-LJO-P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT AND AN OBJECTION TO THE FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 20)<br><br>ORDER DENYING EXTENSION OF TIME TO RESPOND TO ORDERS DENYING MOTIONS FOR ISSUANCE OF WRIT AND SUMMONSES<br><br>(Doc. 20) |

Plaintiff Lafayette Cade ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 17, 2006, the Court issued an order dismissing plaintiff's amended complaint with leave to amend, a Findings and Recommendations recommending denial of plaintiff's motion for preliminary injunctive relief, an order denying plaintiff's motion for the issuance of a writ of habeas corpus ad testificandum, and an order denying plaintiff's motion for the issuance of summonses. On February 21, 2006, plaintiff filed a motion seeking an extension of time to respond to the orders and Findings and Recommendations.

///

///

1 Plaintiff's motion for an extension of time to file a second amended complaint and an
2 objection to the Findings and Recommendations shall be granted.  However, plaintiff's motion for
3 an extension of time to respond to the other two orders shall be denied.

4 Pursuant to Local Rule 78-230(m), there is no hearing on plaintiff's motion for preliminary
5 injunctive relief.  Such motions are submitted on the papers.  Id.  Because there is no hearing, there
6 is no ground for the issuance of a transportation writ.  With respect to the issuance of summonses,
7 under no circumstance will plaintiff be issued service documents until the court has found that
8 service of his pleading is appropriate.  Plaintiff has already been provided with an explanation of the
9 procedure.  (Docs. 14, 19.)

10 Based on the foregoing, it is HEREBY ORDERED that:

11 1. Plaintiff's motion for an extension of time to file a second amended complaint and
12 an objection to the Findings and Recommendations is GRANTED;
13 2. Plaintiff has **thirty (30) days** from the date of service of this order to file a second
14 amended complaint and an objection to the Findings and Recommendations; and
15 3. Plaintiff's motion for an extension of time to respond to the orders denying his
16 motions for the issuance of a transportation writ and for the issuance of summonses
17 is DENIED.

19 IT IS SO ORDERED.

20 **Dated:   February 24, 2006**            /s/ Lawrence J. O'Neill
    b9ed48                                              UNITED STATES MAGISTRATE JUDGE