UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFAYETTE CADE, | 1:05-cv-00834-AWI-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 17) |
| vs. | **ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** (Doc. 8) |
| SUZAN HUBBARD, et al., | |
| Defendants. | |

Plaintiff Lafayette Cade ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis, and has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 18, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty days.  On February 27, 2006, the court granted plaintiff an additional thirty days within which to respond.  However, plaintiff failed to file a timely objection.

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 18, 2006, is ADOPTED IN FULL; and,

2. Plaintiff's motion for preliminary injunctive relief, filed July 26, 2005, is DENIED, without prejudice.

IT IS SO ORDERED.

**Dated:   April 12, 2006**             **/s/ Anthony W. Ishii**
0m8i78                              UNITED STATES DISTRICT JUDGE